

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re James Everett Price,    * Original Mandamus Proceeding

No. 11-21-00089-CR     * May 20, 2021

             * Per Curiam Memorandum Opinion
               (Panel consists of: Bailey, C.J.,
               Trotter, J., and Williams, J.)

This court has considered James Everett Price's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed for lack of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.